In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against MONTGOMERY WARD & CO., INCORPORATED, Appellant.—

Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ. [179 Misc. 298.]